■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN THOMAS, Appellant. [62 NYS3d 788]—Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered December 16, 2015, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Acosta, P.J., Manzanet-Daniels, Gische, Kapnick and Kahn, JJ.